NOT DESIGNATED FOR PUBLICATION

STATE OF LOUISIANA
COURT OF APPEAL, THIRD CIRCUIT

**04-353**

KEELY ANDERSON

VERSUS

SAFEWAY INSURANCE COMPANY OF LOUISIANA
AND CEDRICK JONES

**********

APPEAL FROM THE
ALEXANDRIA CITY COURT
PARISH OF RAPIDES, NO. 98,549
HONORABLE RICHARD E. STARLING, JR., CITY COURT JUDGE

**********

**MARC T. AMY
JUDGE**

**********

Court composed of Sylvia R. Cooks, Marc T. Amy, and John B. Scofield*, Judges.

**AFFIRMED.**

Chris J. Roy, Jr.
Chris J. Roy, Jr., (A Law Corporation)
Post Office Box 1592
Alexandria, LA 71309-1592
(318) 487-9537
COUNSEL FOR PLAINTIFF/APPELLEE:
        Keely Anderson

Ray F. Lucas, III
Borne & Wilkes, L.L.P.
Post Office Box 4305
Lafayette, LA 70502-4305
(337) 232-1604
COUNSEL FOR DEFENDANT/APPELLANT:
        Safeway Insurance Company of Louisiana
        Cedrick Jones

* John B. Scofield participated in this decision by appointment of the Louisiana Supreme Court as Judge Pro Tempore